UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILSON JARROW | CIVIL ACTION |
| VERSUS | NO: 11-2872 |
| STEVEN RADER, WARDEN | SECTION: R(6) |

**ORDER**

    The Court, having reviewed *de novo* the petition for *habeas corpus* filed by Wilson Jarrow, the applicable law, the Magistrate Judge's Report and Recommendation, and Jarrow's objections, finds no merit in Jarrow's petition or objections and that the Magistrate Judge's Report and Recommendation is correct. The Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly, IT IS ORDERED that Jarrow's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day of March, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE